IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ANTHONY P. LEDEA,
    Plaintiff,

vs.                                 Case No.: 5:16cv131/LAC/EMT

CORIZON HEALTH SERVICES, et al.,
    Defendants.
_____/

## REPORT AND RECOMMENDATION

By order of this court dated July 24, 2017, Plaintiff was given thirty (30) days in which to file a Third Amended Complaint (ECF No. 27). At Plaintiff's request, the court extended the deadline for compliance several times, with the most recent deadline being March 26, 2018 (*see* ECF Nos. 28, 29, 32, 33, 34, 35). Plaintiff failed to file a Third Amended Complaint by the extended deadline; therefore, on April 4, 2018, the court issued an order requiring Plaintiff to show cause, within thirty (30) days, why this action should not be dismissed for his failure to comply with an order of the court (*see* ECF No. 38).

Plaintiff has now filed a response (ECF No. 39) to the show cause order. In his response, Plaintiff "directs the court to move forward" on his Second Amended Complaint (*see id.* at 2). Plaintiff's response not only fails to show cause for his failure to comply with the court's order directing amendment of the complaint, but it

demonstrates his refusal to comply with that order.  Therefore, dismissal without prejudice is appropriate.[1]

Accordingly, it is respectfully **RECOMMENDED**:

That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

At Pensacola, Florida, this 7th day of May 2018.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of objections shall be served upon all other parties.  If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636**.

---

[1] Plaintiff was specifically warned that dismissal of this action would result if he failed to comply with the court's order (*see* ECF No. 38).

Case No.:  5:16cv131/LAC/EMT